UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR DOMINGUEZ GABRIEL,<br>          Petitioner,<br><br>v.<br><br>STEPHEN SPAULDING,<br>          Respondent. | CIVIL ACTION<br>NO. 4:19-12060-TSH |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE

### MARCH 5, 2021

**HILLMAN, D.J.,**

    I hereby adopt the Magistrate Judge's Report and Recommendation (Docket No. 18) and order that this matter be transferred to the U.S. District Court for the Western District of Michigan, which has jurisdiction over this petition for a writ of habeas corpus because the Petitioner is in the custody of the North Lake Correctional Institution in Baldwin, Michigan, which lies within that district.

**SO ORDERED.**

                                                            */s/ Timothy S. Hillman*
                                                             **TIMOTHY S. HILLMAN**
                                                                   **DISTRICT JUDGE**